**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01080-CV

### BRETT SHIPP, Appellant

### V.

### DR. RICHARD MALOUF, ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

We **GRANT** appellees' September 26, 2013 unopposed motion for an extension of time to file a brief. Appellees shall file their brief on or before October 28, 2013. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     DAVID LEWIS
         JUSTICE